IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CATHERINE HUGHES DALTON, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 3:09-cv-547 |
|  | ) Judge Nixon |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) Magistrate Judge Knowles |
| Defendant. | ) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon application of Plaintiff, and with consent and approval of the parties as witnessed by the signatures of their respective counsel below, it is hereby ORDERED that this matter is dismissed in its entirety, with prejudice. Each party shall bear its own costs and fees, including costs under Fed. R. Civ. P. 54.

SO ORDERED this 28th day of May, 2010.

_____
John T. Nixon
United States Senior District Judge